TEISSONIERE *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property of Ponce.

No. 11.—Decided January 25, 1905.

This case involves the same questions of law as were involved in *The People of Porto Rico* v. *The Registrar of Property, ante,* p. 7, and is decided on authority thereof.

STATEMENT OF THE CASE.

A hearing was had in this appeal taken by José Teissoniere from a decision of the Registrar of Property of Ponce refusing to record a certificate issued by the collector of revenues of that city relative to the sale of a lot for the payment of delinquent taxes.

The collector of revenues having instituted compulsory proceedings against Elena Fortier, a delinquent taxpayer, a building lot situated on Salud street in the said city was attached, offered at public sale and awarded to José Teissoniere, as the only bidder thereon; the certificate issued in favor of the said Teissoniere was filed with the registrar for admission to record, which was refused by him, on the ground that the said lot was not recorded in the name of the debtor nor in the name of any person, according to the decision entered on the back of the said certificate.

Notice of the decision of the registrar having been served on the interested party, the registrar transmitted the certificate of the collector to this Supreme Court for its action

thereon, and thereafter Xavier Mariani entered his appearance in this court on behalf of the said José Teissoniere and opposed the decision of the registrar on such grounds as he deemed pertinent to his rights.

MR. CHIEF JUSTICE QUIÑONES, after stating the foregoing facts, rendered the opinion of the court, as follows:

On the grounds set forth in the opinion rendered to-day by this Supreme Court in the appeal taken by and on behalf of The People of Porto Rico from the decision of the Registrar of Property of Ponce, (*ante* p. 7,) refusing to record the certificates of sale of three lots, which were sold for the payment of delinquent taxes, and which is perfectly applicable to the case at bar, the decision of the registrar of property entered at the end of the certificate herein referred to is sustained; and with a copy of the opinion hereinabove mentioned, which shall also be hereinafter inserted, and a copy of this decision, the aforesaid certificate shall be transmitted to the registrar of property of the aforesaid city for compliance therewith.

Justices Hernández, Figueras, MacLeary and Wolf concurred.